FILED
ASHEVILLE, N.C.

SEP 14 2011

U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11cv100

| | |
|---|---|
| WILLIAM JAY WINEGARD ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| MELISSA K. PASCIOLLA, JOHN ) | |
| R. MILLER, STACY SNYDER and ) | |
| DERIC NUTTER, ) | |
| ) | |
| Defendants. ) | |

The Court received a letter in chambers from William H. Matthews, Ph. D. The letter was in reference to case number 1:11cv100. The Court **DIRECTS** the Clerk to file the letter under **SEAL** with access restricted to the Court and Plaintiff. As the letter has no bearing on the Motion to Dismiss, the Court has not considered the letter in recommending that the District Court grant the Defendants' motion. Moreover, there is no other motion pending before the Court.

Signed: September 14, 2011

Dennis L. Howell
United States Magistrate Judge