# United States District Court
# For The Western District of North Carolina
# Asheville Division

WILLIAM JAY WINEGARD,

       Plaintiff(s),                           JUDGMENT IN A CIVIL CASE

vs.                                                  1:11cv100

MELISSA K. PASCIOLLA,
JOHN R. MILLER, STACY
SNYDER, and DERIC NUTTER,

       Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 12, 2012 Memorandum of Decision and Order.

Signed: January 12, 2012

Frank G. Johns, Clerk
United States District Court